# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Arturo Magallan<br><br>  Plaintiff,<br><br>  v.<br><br>Taylor Farms Retail, Inc.<br><br>  Defendant. | Case No. 5:23-cv-05049-NC<br><br>**ORDER REGARDING JOINT STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>Complaint Filed: August 2, 2023<br>Trial Date: Not Set |

**ORDER**

Having reviewed the Stipulation, and good cause appearing therefore, the Stipulation is approved, and Plaintiff's entire action, including all Parties and all causes of action, are hereby DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: October 10, 2023



HONORABLE NATHANAEL COUSINS
United States